UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Prospect Communications, Inc.,

       Plaintiff,

v.                                                                      Civil No. 13-2557 (JNE/FLN)
                                                                       ORDER
Tyrone R. Herman, d/b/a Executive Marketing
Group,

       Defendant.

This matter is before the Court on a Report and Recommendation issued by the

Honorable Franklin L. Noel, United States Magistrate Judge, on October 29, 2013 regarding

Plaintiff's motion for a preliminary attachment order, [Docket No. 7].  Federal Rule of Civil

Procedure 64 grants this Court authority to order seizure of property to secure the satisfaction of

a potential judgment, if such a remedy is available under Minnesota law.  *See* Fed. R. Civ. P. 64;

*Corporate Comm'n of the Mille Lacs Band of Ojibwe Indians v. Money Ctrs. of Am., Inc.*, 915 F.

Supp. 2d 1059, 1061 (D. Minn. 2013).  The Magistrate Judge evaluated Plaintiff's request in

light of the provision for prejudgment attachments under section 570.025 of the Minnesota

Statutes and recommended that Plaintiff's motion be denied.  No objections have been filed.  The

Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(a).  Based on that

review, the Court adopts the Report and Recommendation [Docket No. 36].  Therefore, IT IS

ORDERED THAT:

      1.     Plaintiff's motion for a preliminary attachment order [Docket No. 7] is DENIED.

Dated:  December 3, 2013

                                     s/Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge