UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Prospect Communications, Inc.,

        Plaintiff,

v.                                                           Civil No. 13-2557 (JNE/FLN)
                                                         ORDER

Tyrone R. Herman, d/b/a Executive Marketing
Group,

        Defendant.

In a Report and Recommendation dated December 5, 2013, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Prospect Communications, Inc.'s Motion for Default Judgment be granted and that its Motion for Attachment Order be denied. No objections to the Report and Recommendation have been received. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 39]. Therefore, IT IS ORDERED THAT:

1. Prospect Communications, Inc.'s Motion for Attachment Order [Docket No. 23] is DENIED.

2. Prospect Communications, Inc.'s Motion for Default Judgment [Docket No. 30] is GRANTED.

3. Prospect Communications, Inc., recovers $7,162,719 from Tyrone R. Herman, d/b/a Executive Marketing Group.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 8, 2014

                                                                               s/Joan N. Ericksen
                                                                               JOAN N. ERICKSEN
                                                                               United States District Judge